

P222075

CRAMER PRODUCTS, INC.
PLAINTIFF
- vs -
POLY-GEL, L.L.C.
DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Docket No. 2:18-CV-03473-JLL-CLW

**Person to be Served**
FEDERAL INSURANCE COMPANY
202B HALLS MILL ROAD
WHITEHOUSE STATION, NJ 08889

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS, THIRD PARTY COMPLAINT, CERTIFICATE OF SERVICE, EXHIBIT 1-3
**Service Data:**
Served Successfully **X** Not Served _____ Date: 06/15/2018 Time: 8:39AM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

BRIAN RAWLS

LEGAL CLERK

**Description of Person Accepting Service:**
SEX: **MALE**     COLOR: **WHITE**     HAIR: **BROWN**     APP.AGE: **40**     APP. HT: **5'9**     APP. WT: **190**
OTHER:

**Comments Or Remarks:**

I, JOHN JONES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____

Signature of Process Server Date

Client File Number:

Sworn to before me this
day of _____ ,2018

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2428940
My Commission Expires 1/17/2023

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.   2:18-cv-03473-JLL-CLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Federal Insurance Company
was received by me on *(date)*  06-08-2018  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Brian Rawls, legal clerk , who is

designated by law to accept service of process on behalf of *(name of organization)*  Federal

Insurance Company _____ on *(date)*  06-15-2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6-19-18

_____
*Server's signature*

John Tony

_____
*Printed name and title*
2333 U.S. Route 22 West
Post Office Box 36
Union, New Jersey 07083

_____
*Server's address*

Additional information regarding attempted service, etc: